UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. WITTMAN, on behalf of the Voith Retirement Savings Plan for Bargaining Unit Employees and all other similarly situated ERISA-covered employee pension benefit plans,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 15-cv-9596 (AKH)<br><br>CLASS ACTION COMPLAINT<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICAl<br>DOC #:_____<br>DATE FILED: 11/30/16 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John W. Wittman and Defendant New York Life Insurance Company (the "Parties") stipulate to the dismissal of the action without prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 29, 2016          Respectfully submitted,

**PLAINTIFF JOHN W. WITTMAN**

\s\ Robert A. Izard
Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
mkindall@ikrlaw.com

So Ordered
11-30-16

1

Gregory Y. Porter
Ryan T. Jenny
BAILEY & GLASSER LLP
1054 31st Street, NW
Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com


**DEFENDANT NEW YORK LIFE INSURANCE COMPANY**


\s\ Mark B. Blocker
Joel S. Feldman (admitted *pro hac vice*)
Mark B. Blocker (admitted *pro hac vice*)
Daniel R. Thies (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jfeldman@sidley.com
mblocker@sidley.com
dthies@sidley.com


Andrew D. Hart
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
ahart@sidley.com


2